# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>JONATHON AARON LADD<br><br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.   20-mj-4309 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 10, 2020 _____ in the county of _____ Davidson _____ in the
_____ Middle _____ District of _____ Tennessee _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Production of Child Pornography |
| 18 U.S.C. 2252A(a)(1) | Transportation of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Carla Rexing, Special Agent, FBI
*Printed name and title*

Sworn to me remotely by telephone.

Date: _____ December 17, 2020 _____

_____
*Judge's signature*

City and state:  _____ Nashville, Tennessee _____ Alistair E. Newbern, United States Magistrate Judge
*Printed name and title*

# Affidavit in Support of a Criminal Complaint

I, Carla Rexing, being first duly sworn, do depose and state as follows:

1.  I have been a Special Agent ("SA") with the Federal of Investigation ("FBI") since May 2017. Prior to that time, I was an intelligence analyst with the FBI from May 2009 through May 2017 assisting in investigations of counterintelligence, criminal, cyber, and terrorism threats. I am currently assigned to the FBI Memphis Division, Nashville Resident Agency and investigate federal crimes within the Middle District of Tennessee.

2.  This affidavit is submitted in support of a Criminal Complaint for the arrest of **JONATHON AARON LADD** for the following offenses: Production of Child Pornography, in violation of 18 U.S.C. §2251(a), and Transportation of Child Pornography, in violation of 18 U.S.C. § 2252(a)(1).

3.  The following information contained in this affidavit is based on my training and experience, my personal participation in this investigation and, information provided to me by other law enforcement officials.  Unless otherwise indicated, where I have referred to written or oral statements, I have summarized them in substance and in part, rather than verbatim.  Not all of the facts of the investigation known to me are contained herein, only those necessary to establish probable cause for the arrest of **JONATHON AARON LADD.**

4.  On or about February 10, 2020, an FBI Dallas online covert employee ("OCE") began communicating via the Kik application (a messaging application that requires the use of the Internet) with an individual using Kik ID "RebelBorn615," Kik name "Aaron .*"* (period included) (hereafter referred to as "Aaron").

5.  Aaron joined a public Kik room (hereafter referred to as "Kik Group A") where the OCE was a member and one of several administrators. The theme of the groups was fathers and daughters. Whenever a new member joined the group, the member was required to provide two verification pictures to both the group owner and a group administrator, one of the new member and child and a recent image of the new member. Aaron sent his verification photos to an administrator of the group (other than the OCE). One image, purported to be himself, depicted a balding white man with a long brown beard sitting shirtless on a couch or chair, and the second image was of the same man hugging a blonde prepubescent girl. Those images were subsequently provided to the FBI OCE. Aaron also provided two additional images of the same girl: one in which she is wearing a bathing suit, swimming goggles, and pink floatation devices around her arms and chest area (Image 1), and a second one in which she is wearing a black shirt and dark colored pants holding a green colored stick with a pink net on the end with pine cones in it (Image 2). Following Aaron's joining of Kik Group A, the following messages were posted in the group *[Agent Note: The true usernames of the administrators and other group members are not listed due to the sensitive nature of the investigation]*:

1

Admin1:          Aaron Verify pls

Aaron:           (thumbs up emoji)

Admin1:          Aaron can stay awhile *[Agent Note: Admin1 was referring to the fact that Aaron had provided the two verification photos that were required to join the room]*

Aaron:           Thanks

Admin1:          [Posted Image1]

Admin1:          Aaron's girl

Aaron:           What do you all think?

Admin1:          [Posted Image 2]

Group member 1: Aaron was that ur cutie [Admin1] posted up top?

Aaron:           I cant see that far up. Not sure

Admin1:          Yes

Group member 1: [Re-posted Image2 that had been posted previously by Admin1]

Aaron:           Yup

Group member 1: Does she suck cock yet

Aaron:           No one day

Group member 1: I'd feed her cum

Aaron:           I'll get there

Group member 1: Heh…have u eaten her

Aaron:           No. Just felt

Group member 1: I bet her scent is incredible

Group member 2: Nice I bet she feels really nice. Have any pics of her?

Aaron:           Not at the moment. She is at school. I got a bikini pic

2

Admin1:              Don't bombard the man ok

Group member 2: Hehe

Aaron:               They are ok

Group member 1: Didnt mean to pry to much sorry

Aaron:               You're okay. PM me if you want to see more

6.    That same day, Admin1 posted Image1 in Kik Group B, a private group (in which an individual has to be invited or added by a current member of the group) with a parents and children theme too. Along with Image 1, Admin1 posted a message in this private group that this was a possible new member. Admin1 then posted Image2, as well as a third image depicting a bedroom with bunk beds, with the message "bedroom live." Aaron was subsequently added to Kik Group B,, where the FBI OCE also was a member and administrator. *[Agent Note: "bedroom live" is likely in reference to an image taken by Aaron within the Kik application at a given time versus an image posted from his photo gallery. The word "camera" appears underneath a posted image when it is taken with the Kik application. If a user posts an image from the photo gallery of the phone, the word "camera" does not appear.]*

7.    After being invited to Kik Group B, Aaron posted the messages "hi" and "thanks" when Admin1 said "welcome bud." Approximately 15 minutes after being added to Kik Group B, Aaron posted a video, hereafter referred to as Video1:

   a.   <u>Video1</u>: The video is approximately 10 seconds in length. It depicts a nude prepubescent female victim (who appears to be approximately 5 to 7 years old) standing with her back toward the camera. The female victim steps into what appears to be a bathtub. The female victim then turns toward the camera exposing her genitals. At this point, the female victim's face is not visible, and the focus of the video is the female victim's genitals. The female victim's face is briefly seen later in the video after she bends over. *[Agent Note: The female victim depicted in Video1 matches the prepubescent female depicted in Image1 and Image2 described previously.]*

8.    After Aaron initially joined Kik Group A, the FBI OCE engaged in the following private messages:

   OCE:      How old is she? Mines 10

   Aaron:    6

   OCE:      nice age

Aaron:      For sure

OCE:        You guys active? Or just creep?

Aaron:      Yeah idc just creep rn

OCE:        cool

Aaron:      Feel and look

OCE:        Feels good. Looks good. Lol

Aaron:      I want to see more motivation to make me do more. But nobody posts it.

Aaron:      26 m ga

OCE:        Nice. Posts what?

Aaron:      Dau around my age

OCE:        Ohhh

Aaron:      Yeah

OCE:        Usually only in PMs. Some priv rooms.

Aaron:      Yeah even in priv rooms you don't see 6

OCE:        What's your fav ages?

Aaron:      6 lol

Aaron:      to 15

OCE:        Ever taken any naughties of her?

Aaron:      Deleted

OCE:        Smart man. Aight I get ya

Aaron:      More later though

OCE:        Whatcha mean?

4

Aaron: Gotta watch for gf. I'll have some alone time later. I'll put her in the bath.

OCE: Oh yeah. Always a barrier. Lol

Aaron: Just have to be careful

9. Aaron then sent the FBI OCE in the private message thread a video containing depictions of child sexual abuse, which is described as follows and referred to as Video2:

Video2: The video is approximately one minute and 44 seconds in length. It depicts a prepubescent female (who appears to be approximately 7 to 9 years old) wearing a t-shirt and jean shorts. The female victim then takes her clothes off exposing her breasts, genitals, and anus, which are the focus of the video. The female victim's face is visible in parts of the video. [*Agent Note: The female depicted in the video is not believed to be the same female that Aaron refers to as his daughter.*]

10. After posting Video2, Aaron and the OCE continued messaging in the private conversation, which included the following:

Aaron: Got anything to trade?

OCE: how's that cutie of yours

Aaron: Good just got out of bath

OCE: Oh really!!!??? Amazeballs

Aaron: Check group

OCE: Naughty daddy!!! She's a cutie

Aaron: Thanks

OCE: Ever take a bath with her?

Aaron: No

OCE: she a blondie or burnette

Aaron: Blonde

OCE: That your cutie in the tub?

Aaron: Ya

5

11. On or about February 11, 2020, an emergency disclosure request was sent to Kik requesting account information for Kik ID "RebelBorn615." Kik subsequently provided the following information:

> First Name: Aaron
> Last Name: .
> Email: jonathonaaronladd@gmail.com
> Username: RebelBorn615

12. In addition, the Kik records showed that the user "Rebelborn615" accessed the application from IP address 98.193.22.12 on February 11, 2020 at 13:54:33 UTC, as well as multiple times on February 10, 2020. The IP address 98.193.22.12 was determined to belong to Comcast.

13. FBI Dallas subsequently contacted Comcast for an Emergency Disclosure Request for account information related to the IP address. Comcast advised the IP address at the stated date and time was assigned to the following:

> Name: Jonathon Ladd
> Tel: 615-438-9675
> Address: 3417 Lebanon Pike, Apartment C-305, Hermitage, Tennessee 37076

14. After receiving the information above, FBI Dallas contacted FBI Nashville for assistance with the investigation.

15. In February 2020, FBI Nashville conducted a law enforcement database query for Jonathon Ladd, which revealed the following information:

> Name: Jonathon Aaron Ladd
> DOB: 3/XX/1994
> SSN: ***-**-7905
> Address: 3417 Lebanon Pike, Apt. C-305, Hermitage, Tennessee 37076

16. In addition, a review of the TN Portal revealed the driver's license photograph for Jonathon Ladd appeared to match the photographs sent by Aaron to an administrator of the Kik Groups. On February 12, 2020, FBI Nashville confirmed with the Jackson Grove Apartments office that Apt. C-305 was leased to Jonathon Ladd and another woman.

17. FBI Nashville contacted the Metro Nashville Police Department's Internet Crimes Against Children ("MNPD ICAC") Unit for additional assistance. On February 13, 2020, MNPD obtained a State of Tennessee search warrant permitting a search for evidence of child sexual abuse material at the residence located at 3417 Lebanon Pike, Apt. C-305, Hermitage, Tennessee.

6

18. On February 14, 2020, FBI Nashville assisted the MNPD with the execution of the search warrant. Jonathon Ladd was present at the residence at the time. Ladd was advised of his rights, pursuant to *Miranda,* by MNPD Det. Mike Adkins in my presence. Ladd admitted to law enforcement officers that he was the user of the RebelBorn615 Kik account. Ladd was subsequently arrested by MNPD on state charges related to the sexual exploitation of a minor and transported to the Davidson County jail.

19. As a result of the search warrant, law enforcement officers were able to determine that the prepubescent female in the video and photos provided by Aaron in the Kik Groups was the daughter of his girlfriend, with whom he lived and leased the above mentioned apartment.

20. In addition, law enforcement officers seized a Samsung Galaxy Note 9 from the residence at 3417 Lebanon Pike, Apt. C-305. On or about February 19, 2020, an MNPD Detective from the Digital Forensics Unit completed a forensic examine of the device. The report noted the following identifiers for the device:

**Device(s):**

**CELL01:** Samsung Galaxy Note 9 (SM-N960U)

**Operating System:** Android 9

**Owner:** Jonathon Ladd

**Google ID:** jonathonaaronladd@gmail.com

**IMEI #:** 359988090112916

**SIM / ICCID:** 89011200300253008591 (Sprint)

**Carrier:** Sprint or Boost Mobile

**Phone #:** Unknown

**Passcode:** "U" Pattern *See Report (Detective Provided)

**Extraction Method:** Cellebrite Advanced Logical

**MNPD Property ID:** PR25770534

21. According to the MNPD report, analysis conducted on the extractions revealed the Kik application was no longer installed on the device. However, a further review of the artifacts recovered indicated the Kik application had been installed on the phone on at least February 10, 2020.

22. In addition, several images of interest were found on the device, including the following:

  a. .thumbdata4-1763508120_embedded_109: The image depicts a naked prepubescent female standing in what appears to be a bathtub. The focus of the image is on the female victim's genital area. The female victim's face is not visible

in the image. *[Agent Note: The image appears to be a thumbnail of Video1 described above that was posted by Aaron in Kik Group B.]*

    b.  .thumbdata4--1967290299_embedded_1218: This image depicts a prepubescent female wearing a bathing suit, swimming goggles, and pink floatation devices around her arms and chest area. *[Agent note: The image matches Image1 previously described above in Kik Group A.]*

23.    In or about April 2020, FBI Nashville reviewed jail calls for Ladd. During a call on February 15, 2020, Ladd admitted to his girlfriend (the mother of the six-year-old child) that he "fucked up" and "made a mistake." The girlfriend asked Ladd, "why did you do what you did with my kid?" Ladd responded, "because I'm an idiot."

24.    In another jail call on February 15, 2020, Ladd was talking to a male utilizing telephone number ending in x1768. During the conversation, Ladd tells the male that he "just made a mistake, bro. There ain't nothing else to talk about."

_____
Carla Rexing
Special Agent
Federal Bureau of Investigation

8