UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:20-mj-4309 |
| | ) | MAGISTRATE JUDGE NEWBERN |
| JONATHON AARON LADD | ) | |

## NOTICE OF INTENT TO REQUEST TRANSCRIPT REDACTION

Through undersigned counsel, Jonathon Aaron Ladd gives notice that he intends to seek redactions from the Transcript of Proceedings held on January 8, 2021 and filed on February 12, 2021. (D. E. 13, Transcript.) Mr. Ladd will file the specific redaction requests by the March 5, 2021, deadline. *Id.*

In support of this motion, Mr. Ladd would show the following:

> Administrative Practices and Procedures for Electronic
> Case Filing (ECF) adopted by this Court in Administrative
> Order No. 167 at § 5.07 requires that certain personal
> information be redacted from documents that may be filed.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR# 017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Jonathon Aaron Ladd

## CERTIFICATE OF SERVICE

       I hereby certify that on February 18, 2021, I electronically filed the foregoing Notice of Intent to Request Transcript Redaction with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: S. Carran Daughtrey, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

       /s/ *Caryll S. Alpert*
       CARYLL S. ALPERT